**704**

143 So.2d 192

**Cliff BAXTER**

v.

**STATE.**

**8 Div. 102.**

Supreme Court of Alabama.

July 12, 1962.

Certiorari to Court of Appeals.

MacDonald Gallion, Atty. Gen., Bernard F. Sykes, Asst. Atty. Gen., and Tommy R. Ogletree, Legal Research Aide, Montgomery, for petitioner.

Lusk & Lusk, Gunterville, opposed.

MERRILL, Justice.

Petition of the State for certiorari to the Court of Appeals to review the judgment and decision in Baxter v. State, 143 So.2d 191.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.

137 So.2d 765

**J. D. BEAM, Jr.**

v.

**STATE.**

**8 Div. 86.**

Supreme Court of Alabama.

Feb. 1, 1962.

Kenneth R. Cain, Birmingham, for petitioner.

MacDonald Gallion, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of J. D. Beam, Jr., for certiorari to the Court of Appeals to review and revise the judgment and decision in Beam v. State, Ala.App., 137 So.2d 762 (8 Div. 768).

Writ denied.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.

134 So.2d 215

**Charles BILLUPS**

v.

**CITY OF BIRMINGHAM.**

**6 Div. 763.**

Supreme Court of Alabama.

Sept. 21, 1961.

Rehearing Denied Nov. 16, 1961.

Certiorari to Court of Appeals.

Arthur D. Shores, Peter A. Hall, Orzell Billingsley, Jr., Oscar W. Adams, Jr. and J. Richmond Pearson, Birmingham, for petitioner.

Watts E. Davis and Wm. C. Walker, Birmingham, opposed.

STAKELY, Justice.

Petition of Charles Billups for certiorari to the Court of Appeals to review and revise the judgment and decision in Billups v. City of Birmingham, 134 So.2d 215.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.